AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE )
ASSIGNED CALL NUMBER ▮▮▮▮▮▮▮, THAT IS STORED )
AT PREMISES CONTROLLED BY Sprint )
)

Case No. 4:20 MJ 1094 JMB

SIGNED AND SUBMITTED TO THE COURT
FOR FILING BY RELIABLE ELECTRONIC MEANS

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ KANSAS _____
*(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____ May 14, 2020 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Honorable John M. Bodenhausen _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 4/30/2020   10:36 a.m.

_____
*Judge's signature*

City and state: St. Louis, MO

Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: 4:20 MJ 1094 JMB | Date and time warrant executed: 5/01/20 12:57 AM | Copy of warrant and inventory left with: Melissa Bryson - Sprint |
|---|---|---|

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

Email containing GPS records.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/12/20

_Mickey A. Owens_
Executing officer's signature

MICKEY A. OWENS TFO
Printed name and title

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number ███████, that are stored at premises controlled by **Sprint** ("the Provider"), headquartered at Sprint Legal Compliance, 6480 Sprint Parkway, 2nd Floor Overland Park, KS 66251.